# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1289

_____

Eugene P. Dickson

*Plaintiff - Appellant*

v.

John M. McHugh, Secretary of the United States Army

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: January 19, 2015
Filed: February 4, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Eugene Dickson appeals the district court's[1] adverse grant of summary judgment in his action asserting age and race discrimination.  Upon careful de novo

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

review, we conclude that the district court's decision was correct. <u>See</u> <u>Torgerson v. City of Rochester</u>, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (standard of review); <u>see also</u> <u>Edmund v. MidAmerican Energy Co.</u>, 299 F.3d 679, 686 (8th Cir. 2002) (federal courts do not sit as super personnel department reviewing wisdom or fairness of business judgments made by employers, except to extent those judgments involve intentional discrimination).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____